STATE EX REL. MASIONETT *v.* CITY COURT OF
GARY, INDIANA ET AL.

[No. 30,625.  Filed April 26, 1966.]

*Orval W. Anderson,* of Gary, for relator.

JACKSON, J.—Relator heretofore filed an original action
in this court seeking a Writ of Mandate requiring the re-
spondent Judge to grant a change of venue from the Judge.

Pursuant to the petition so filed this court did issue an
alternative writ requiring the City Court of Gary, and
Richard S. Kaplan Judge thereof, to expunge the entry in
the City Court of Gary, cause No. 64-3169, entitled State of
Indiana v. Mable (Winters) Masionett, denying the defendant
therein and the relator herein, a change of venue from the
Judge, Richard S. Kaplan, and to grant relator's motion for
a change of venue from the Judge and to name a panel of
qualified persons from which to strike, or on failure so to
do to file a return showing any reason in law or in fact why
such writ should not be made permanent.  Such writ was duly
served on respondent.

It appears that immediately upon being served with the
alternative Writ of Mandate the respondent Judge fully com-
plied with the same although no return was filed thereto by
respondent.

This cause is therefore now dismissed as moot.

Myers, C. J., Rakestraw and Arterburn, JJ., concur. Achor, J., not participating.

NOTE.—Reported in 215 N. E. 2d 863.